## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| Nancy Kamau | Case No. 2:14-cv-02154-CSB-DGB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Asset Acceptance, LLC | |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                                 RESPECTFULLY SUBMITTED,

                                                 Hyslip & Taylor, LLC, LPA

                                                 By:  s/ Jeffrey S. Hyslip____
                                                      Jeffrey S. Hyslip
                                                      Attorney for Plaintiff
                                                      1100 W. Cermak Rd., Suite B410
                                                      Chicago, IL  60608
                                                      312-380-6110
                                                      jeffrey@lifetimedebtsolutions.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's ECF System upon the following:

Theodore W. Seitz, Esq.
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

s/ Jeffrey S. Hyslip