**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| Nancy Kamau<br><br>    Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>    Defendant. | Case No. 2:14-cv-02154-CSB-DGB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED,

| Hyslip & Taylor, LLC, LPA | Dykema Gossett, PLLC |
|---|---|
| By: /s/ Jeffrey S. Hyslip<br>Jeffrey S. Hyslip<br>1100 W. Cermak Rd., Suite B410<br>Chicago, IL  60608<br>Telephone:  312-380-6110<br>Fax:  312-361-3509<br>Email: jeffrey@lifetimedebtsolutions.com<br>Attorney for Plaintiff | By: /s/ Theodore W. Seitz<br>Theodore W. Seitz<br>201 Townsend Street, Suite 900<br>Lansing, MI  48933<br>Telephone:  517-374-9149<br>Fax: 855-258-3518<br>Email: Tseitz@dykema.com<br>Attorney for Defendant |

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 3, 2014, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Theodore W. Seitz
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

                                                        /s/ Jeffrey S. Hyslip___